UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CORRALES,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant, | Case No. EDCV 13-729 FFM<br><br>JUDGMENT OF REMAND |

    The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated July 9, 2014.

DATED: July 9, 2014

        /S/ FREDERICK F. MUMM
        FREDERICK F. MUMM
        United States Magistrate Judge